STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
email: steve@renolaw.biz
Attorney for Debtors

ELECTRONICALLY FILED BY
BELDING, HARRIS & PETRONI, LTD.
ON _____ 1/25/11 _____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:                                                  BK-10-53281
                                                        (Chapter 11)

PETER G. LAHNER and BRENDA                  **DEBTORS' REPLY TO UMPQUA BANK'S**
M. LAHNER, husband and wife,                **OBJECTION TO DEBTORS' CLAIM OF**
                                            **EXEMPTION**
            Debtors.

                                            Hrg. DATE:    February 9, 2011
                                            Hrg. TIME:    10:00 a.m.

_____/

        PETER G. LAHNER and BRENDA M. LAHNER, Debtors and Debtors-in-Possession

herein ("Debtors"), by and through their attorney STEPHEN R. HARRIS, ESQ. of BELDING,

HARRIS & PETRONI, LTD., hereby file their DEBTORS' REPLY TO UMPQUA BANK'S

OBJECTION TO DEBTORS' CLAIM OF EXEMPTION, and allege as follows:

        1.      On October 22, 2010, Umpqua Bank ("Umpqua") filed its OBJECTION TO

DEBTORS' CLAIM OF EXEMPTION (Docket No. 26) ("Objection").

        2.      Debtors have claimed their common stock ownership in ALPINE AUTO

SERVICE, INC., a Nevada corporation, as exempt pursuant to NRS 21.090(1)(bb) which Debtors

claim a value of $100,000 in their Schedules filed on September 9, 2010, as Docket No. 15.

Umpqua's primary objection to the claimed stock exemption is that there has to be more than one

shareholder, but fewer than one hundred shareholders of record at any time.  Both Debtors are

shareholders in ALPINE AUTO SERVICE, INC., by reason of their joint ownership of Stock

Certificate No. 1 for 1,000 shares.  A copy of Stock Certificate No. 1 is attached hereto as Exhibit "A"

and incorporated herein by that reference.    Therefore, Debtors' common stock in ALPINE AUTO

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

1  SERVICE, INC. is exempt because there is more than one shareholder, in that Debtors together

2  represent two (2) shareholders in ALPINE AUTO SERVICE, INC.

3  WHEREFORE, Debtors request that Debtors' exemption with respect to their stock

4  ownership in ALPINE AUTO SERVICE INC., be sustained, and that Umpqua's Objection be denied.

5  DATED this 25th day of January, 2011.

6  STEPHEN R. HARRIS, ESQ.
   BELDING, HARRIS & PETRONI, LTD.
7  417 West Plumb Lane
   Reno, Nevada 89509

8

9  /s/ Stephen R. Harris
   Attorney for Debtors

10

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2

# EXHIBIT "A"

# EXHIBIT "A"



NUMBER
1

SHARES
1,000

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

# ALPINE AUTO SERVICE, INC.

TOTAL AUTHORIZED ISSUE
2,500 SHARES WITHOUT PAR VALUE

SEE REVERSE FOR
CERTAIN DEFINITIONS

This is to Certify that   PETER G. LAHNER and BRENDA MAE LAHNER

are the owner of

One Thousand (1,000)

fully paid and
non-assessable shares of the above Corporation transferable only on the books
of the Corporation by the holder hereof in person or by duly authorized Attorney
upon surrender of this Certificate properly endorsed.

Witness, the seal of the Corporation and the signatures of its duly authorized officers.

Dated   September 30, 1986

SECRETARY

PRESIDENT

CORPEX BANKNOTE COMPANY, N. Y.