**Entered on Docket
March 07, 2011**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

1  STEPHEN R. HARRIS, ESQ.
   BELDING, HARRIS & PETRONI, LTD.
   **Nevada Bar No. 001463**
   417 West Plumb Lane
   Reno, Nevada  89509
   Telephone:  (775) 786-7600
   Facsimile:  (775) 786-7764
   email: steve@renolaw.biz
   Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | BK-10-53281<br>(Chapter 11) |
| PETER G. LAHNER and BRENDA M. LAHNER, husband and wife,<br><br>Debtors.<br>_____/ | **ORDER OVERRULING UMPQUA BANK'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTION**<br><br>Hrg. DATE:  February 9, 2011<br>Hrg. TIME:   10:00 a.m. |

Based upon the OBJECTION TO DEBTORS' CLAIM OF EXEMPTION [Docket Number 26] ("Objection"), filed on October 22, 2010, by JEFFREY L. HARTMAN, ESQ. of HARTMAN & HARTMAN, Attorneys for Secured Creditor UMPQUA BANK; with the Objection duly noticed for hearing on February 9, 2011, at 10:00 a.m.; with STEPHEN R. HARRIS, ESQ. of BELDING, HARRIS & PETRONI, LTD., appearing on behalf of Debtors, PETER LAHNER and BRENDA LAHNER, husband and wife; and JEFFREY L. HARTMAN, ESQ. of HARTMAN & HARTMAN, appearing on behalf of Secured Creditor UMPQUA BANK; and WILLIAM COSSITT, ESQ.

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

of the U.S. Trustee's Office appearing on behalf of the UNITED STATES TRUSTEE; and the Court hearing oral argument for and against the relief requested in the Objection; and the Court considering the Debtors' Schedules and the DEBTORS' REPLY TO UMPQUA BANK'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTION [Docket Number 55] filed on January 26, 2011; and good cause appearing;

IT IS HEREBY ORDERED that the OBJECTION TO DEBTORS' CLAIM OF EXEMPTION is overruled, and that the Debtors' Claim of Exemption with respect to Debtors' corporate stock ownership in Alpine Auto Service, Inc. is allowed.

Submitted by:

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509

/s/ Stephen R. Harris, Esq.
_____
Attorneys for Debtors

JEFFREY L. HARTMAN, ESQ.
HARTMAN & HARTMAN
510 West Plumb Lane, Suite B
Reno, NV 89509

/s/ Jeffrey L. Hartman, Esq.
_____
Jeffrey L. Hartman, Esq.
Attorneys for UMPQUA BANK

WILLIAM B. COSSITT, ESQ.
OFFICE OF THE U.S. TRUSTEE

*William B. Cossitt*
_____
Attorney for Acting United States Trustee
August B. Landis

# # # # #

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2